THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Willis W. Ware, Jr.,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-285
Submitted February 20, 2003  Filed 
 April 24, 2003  

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, 
 of Columbia; for Appellant.
Deputy Director for Legal ServicesTeresa A. Knox, Legal Counsel Tommy Evans, 
 Jr., Legal Counsel J. Benjamin Aplin, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Willis W. Ware appeals the 
 revocation of his probation.  Wares appellate counsel has petitioned to be 
 relieved as counsel, stating she has reviewed the record and has concluded Wares 
 appeal is without merit.  Ware has not filed any materials on his own behalf.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Wares appeal and 
 grant counsels motion to be relieved. 
 [1] 
 APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., 
 concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.